Submitted July 16, affirmed August 19, petition for review denied December 10, 2020 (367 Or 290)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JORDAN DAVIS,
*Defendant-Appellant.*

Josephine County Circuit Court
18CR28326; A169304

471 P3d 826

Pat Wolke, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Marc D. Brown, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna Hershey, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Gaige*, 304 Or App 471, 468 P3d 532 (2020).